United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FERNANDO ZAVALA,

          Plaintiff,

  vs.

JOHN AND JANE DOES,

          Defendants.

                            /

No. C 13-4277 WHA (PR)

***AMENDED* ORDER OF DISMISSAL; DENYING LEAVE TO PROCEED IN FORMA PAUPERIS**

(Dkt. 6)

    The order of dismissal dated November 1, 2013, is **VACATED** and is replaced by the

following amended order:

    On September 16, 2013, plaintiff, a prisoner of the State of California, wrote a letter to

Judge Henderson.  Because he complained about the conditions at his prison and he did not

indicate that the letter was meant to be filed in any pending case plaintiff had, the clerk filed the

letter in a new action.  On the same day, the clerk notified plaintiff that he needed to file a

complaint and either pay the filing fee or complete an application to proceed in forma pauperis

("IFP").  Along with the notices, the clerk mailed plaintiff a form complaint for civil rights

cases under 42 U.S.C. 1983, instructions for completing the form, and a self addressed and

1    postage-paid envelope.  The clerk simultaneously mailed to plaintiff the forms for proceeding

2    IFP.  In the notices, plaintiff was informed that the case would be dismissed if he did not file a

3    complaint, and pay the fee or file a completed IFP application, within thirty days.  Because

4    more than thirty days have passed without plaintiff filing a complaint or explaining his reason

5    for failing to do so, this case is **DISMISSED** without prejudice to filing a civil rights complaint in

6    a new action.

7           Plaintiff's filing fee is still due.  He has not paid the filing fee or submitted a complete

8    IFP application.  He has submitted an incomplete IFP application in which he indicates that

9    prison officials have not supplied him with the required trust account documents.  Because it is

10   incomplete, his IFP application (dkt. 6) is **DENIED**.  He is granted an additional thirty days to

11   submit the required trust account documents, and if he does so, then the IFP application will be

12   granted.

13          The Clerk shall enter judgment and close the file.

14          **IT IS SO ORDERED.**

15   Dated: November ___6___, 2013.

16                                                    WILLIAM ALSUP
                                                     UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California