IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO ZAVALA, | No. C 13-4277 WHA (PR) |
| Plaintiff, | *AMENDED* **ORDER OF DISMISSAL; DENYING LEAVE TO PROCEED IN FORMA PAUPERIS** |
| vs. | |
| JOHN AND JANE DOES, | (Dkt. 6) |
| Defendants. | |

The order of dismissal dated November 1, 2013, is **VACATED** and is replaced by the following amended order:

On September 16, 2013, plaintiff, a prisoner of the State of California, wrote a letter to Judge Henderson. Because he complained about the conditions at his prison and he did not indicate that the letter was meant to be filed in any pending case plaintiff had, the clerk filed the letter in a new action. On the same day, the clerk notified plaintiff that he needed to file a complaint and either pay the filing fee or complete an application to proceed in forma pauperis ("IFP"). Along with the notices, the clerk mailed plaintiff a form complaint for civil rights cases under 42 U.S.C. 1983, instructions for completing the form, and a self addressed and

postage-paid envelope. The clerk simultaneously mailed to plaintiff the forms for proceeding IFP. In the notices, plaintiff was informed that the case would be dismissed if he did not file a complaint, and pay the fee or file a completed IFP application, within thirty days. Because more than thirty days have passed without plaintiff filing a complaint or explaining his reason for failing to do so, this case is **DISMISSED** without prejudice to filing a civil rights complaint in a new action.

Plaintiff's filing fee is still due. He has not paid the filing fee or submitted a complete IFP application. He has submitted an incomplete IFP application in which he indicates that prison officials have not supplied him with the required trust account documents. Because it is incomplete, his IFP application (dkt. 6) is **DENIED**. He is granted an additional thirty days to submit the required trust account documents, and if he does so, then the IFP application will be granted.

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: November 6, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2